IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

AMANDA ALDERSON,

          Plaintiff,

v.                             CIVIL ACTION NO.   5:16-cv-07555

ESSEL REALTY, INC. and
DHARMENDA PATADIYA,

          Defendants.

### ORDER OF DISMISSAL

In a letter dated May 3, 2017, the Court was advised by the mediator that the above-styled civil action has been compromised and settled.   Accordingly, the Court hereby **ORDERS** that the remaining requirements and deadlines contained in the scheduling order be suspended and that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.  The Court further **ORDERS** that this civil action may be reinstated only upon written motion of one of the parties alleging good cause for such reinstatement and filed within thirty (30) days of the entry of this Order.

The Court **DIRECTS** the Clerk of this Court to send a certified copy of this Order to any pro se party and to all counsel of record.

                                ENTER:    June 1, 2017

*[Signature: Irene C. Berger]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA